THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley (SBN 199914)
rdaley@aguileragroup.com
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CRITCHFIELD MECHANICAL, INC., a California Corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois Corporation; INDIAN HARBOR INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 3:20-cv-08841<br><br>**TRAVELERS' VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)(i)** |
|---|---|

///

///

///

1

**TRAVELERS' VOLUNTARY DISMISSAL OF ACTION**

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
2  plaintiff Travelers Property Casualty Company of America hereby notifies
3  the court that it is voluntarily dismissing this action before any defendant
4  has served either an answer or a motion for summary judgment.

6  DATED:  January 22, 2021         THE AGUILERA LAW GROUP, APLC

7                                   */s/ A. Eric Aguilera*
                                    ─────────────────────────
8                                       A. Eric Aguilera
                                        Lindsee Falcone
9                                       V. René Daley
                                    TRAVELERS PROPERTY CASUALTY
10                                  COMPANY OF AMERICA

**TRAVELERS' VOLUNTARY DISMISSAL OF ACTION**

I, Dominique Alferez, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 650 Town Center Drive, Suite 100, Costa Mesa, CA 92626. On *January 22, 2021*, I served a copy of the following documents:

DOCUMENT(S) SERVED: **Notice of Voluntary Dismissal**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☐ (BY FIRST CLASS MAIL) For each person or entity listed on the attached service list, a copy of the above-referenced document(s) was/were placed in an envelope for collection and mailing on *January 22, 2021* at Costa Mesa, California, following the ordinary business practices of The Aguilera Law Group, APLC. I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of documents for mailing. That practice requires that on the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ (BY PERSONAL SERVICE) I verify that the above-referenced document(s) have been or will be personally delivered on *\*\*\**, to the recipients listed below.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on *January 22, 2021*, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on *January 22, 2021*, at Costa Mesa, California.

*/s/ Dominique Alferez*
Dominique Alferez

1

# SERVICE LIST
*Travelers v. Critchfield., et al.*
**USDC, Northern District, Case No. 3:20-cv-08841**

| | |
|---|---|
| Albert K. Alkin, Esq.<br>Landon J Greene, Esq.<br>**GOLDBERG SEGALLA LLP**<br>777 S. Figueroa Street, Suite 2000<br>Los Angeles, CA 90017-5818<br>T: 213-415-7200 / F: 213-415-7299<br>aalikin@goldbergsegalla.com<br>lgreene@goldbergsegalla.com | Attorneys for Defendants,<br>**OLD REPUBLIC GENERAL INSURANCE CORPORATION** |